**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7563**

———————

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

DAVID S. KUYKENDALL,

Defendant - Appellee,

and

VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-95-1020-R)

———————

Submitted:  December 14, 1995        Decided:  January 18, 1996

———————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Turner v. Kuykendall, No. CA-95-1020-R (W.D. Va. Sept. 15, 1995 and Sept. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion to consolidate cases is denied.

AFFIRMED

2